Michael L. Williams, OSB No. 78426
mwilliams@wdolaw.com
Leslie W. O'Leary, OSB No. 99090
loleary@wdolaw.com
Thomas B. Powers, OSB No. 98393
tpowers@wdolaw.com
Linda C. Love, OSB No. 81299
llove@wdolaw.com
Heather A. Brann, OSB No. 040495
hbrann@wdolaw.com
WILLIAMS LOVE O'LEARY & POWERS, P.C.
9755 SW Barnes Road, Suite 450
Portland, Oregon 97225-6681
Telephone: (503)295-2924
Facsimile: (503)295-3720

Laura B. Kalur, OSB No. 023424
lbkalur@kalurlaw.com
KALUR LAW OFFICE
9755 SW Barnes Road, Suite 450
Portland, OR 97225-6681
Telephone: (503) 595-4145
Facsimile: (503) 295-3720

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| **MATTHEW SLAVENSKI,**<br><br>                    Plaintiff,<br><br>v.<br><br>**STRYKER CORPORATION,** and **STRYKER SALES CORPORATION,** Michigan Corporations; **I-FLOW, CORPORATION,** a Delaware Corporation; **BREG, INC.,** a California Corporation; **LMA NORTH AMERICA, INC.,** a Nevada Corporation; **DJO, LLC,** a Delaware Corporation; **DJO, INC.,** f/k/a **DJ ORTHOPEDICS, INC.,** a Delaware Corporation; **MCKINLEY MEDICAL, L.L.C.,** a Colorado Corporation; **MOOG, INC.,** a New York Corporation; **CURLIN MEDICAL, INC.,** a Delaware Corporation; and **PACIFIC MEDICAL, INC.,** a California | Case No. 6:09-CV-06241-AA<br><br>**SUPPLEMENTAL STIPULATED PROTECTIVE ORDER REGARDING CHARLES BECK, FREDERICK A. MATSEN, III AND THE UNIVERSITY OF WASHINGTON** |

Page 1 - SUPPLEMENTAL STIPULATED PROTECTIVE ORDER REGARDING CHARLES BECK, FREDERICK A. MATSEN, III AND THE UNIVERSITY OF WASHINGTON                                                                                                      118639_1.DOC

**EXHIBIT 1**

Corporation,

                    Defendants.

Based upon the stipulation of the parties, it is hereby ORDERED as follows:

1. In addition to all of the terms and provisions of the Stipulated Joint Motion for Protective Order Regarding Confidential Documents [Court Docket 119] dated March 16, 2010, in this case, it is hereby ordered that discovery obtained from Charles Beck, MD, Frederick A. Matsen, III, MD and the University of Washington, which may include proprietary academic research materials for ongoing research products that are not yet the public domain, and other confidential information may only be disclosed by counsel in this action to its experts and litigation consultants provided said experts or consultants acknowledge receipt of this order and agree to be bound by its terms.

IT IS SO ORDERED.

DATED this 30 day of March, 2010.

                                                 _____
                                                 Ann L. Aiken, Chief Judge
                                                 United States District Court of Oregon

EXHIBIT 1